IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, AIS291560, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LT. PEAVY, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 2:22-cv-411-ECM <br> (WO) |

**O R D E R**

On February 16, 2023, the Magistrate Judge entered a Recommendation (doc. 17) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's claims against the Defendants regarding a failure to investigate and pursue criminal charges are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

3. the Plaintiff's claim of retaliation is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. this case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i–ii).

A separate Final Judgment will be entered.

Done this 26th day of April, 2023.

                                                /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE