IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 2:22-cv-411-ECM |
| ) | (WO) |
| LT. PEAVY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the Plaintiff's motion for reconsideration and objection to the Recommendation filed on June 16, 2023. (Doc. 24). On February 16, 2023, the Magistrate Judge entered a Recommendation (doc. 17) that this case be dismissed. After granting the Plaintiff an extension of time, no timely objections were filed. On April 26, 2023, the Court adopted the Recommendation of the Magistrate Judge and dismissed this action. (Docs. 22 and 23).

On June 16, 2023, the Plaintiff filed a motion to reconsider and an untimely objection to the Magistrate Judge's Recommendation. The Magistrate Judge's Recommendation was adopted, and final judgment was entered prior to the Plaintiff's objection. The Plaintiff asserts that he had filed an amended complaint (doc. 24), but the last filing received from the Plaintiff was a motion for an extension of time to file objections in March, 2023. (Doc. 20). The Court finds no reason to reopen this case.

Accordingly, upon consideration of the Plaintiff's motion and objection to the Recommendation, and for good cause, it is

ORDERED that the Plaintiff's motion to reconsider (doc. 24) is DENIED and his objection to the Recommendation (doc. 24) is REJECTED as untimely.

This case is closed.

DONE this 26th day of June, 2023.

                    /s/ Emily C. Marks
            EMILY C. MARKS
            CHIEF UNITED STATES DISTRICT JUDGE